**2**

**HANK M. SPACONE**
PO BOX 255264
Sacramento, CA 95865
(916) 489-6250
(916) 482-2860 facsimile

CHAPTER 7 BANKRUPTCY TRUSTEE

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

(Sacramento Division)

| | |
|---|---|
| In re:<br><br>**STEVEN D. LOWE**<br>**VICKI L. LOWE**<br><br>　　　　　Debtors | Case No.:  10-46303-C-7<br><br>Chapter 7<br><br>DCN: HMS-01 |

**TRUSTEE'S STATUS REPORT**

　　　1.　　I, Hank M. Spacone, am the Chapter 7 trustee ("Trustee") in this bankruptcy proceeding.

　　　2.　　Steven D. Lowe and Vicki L. Lowe ("Debtors") filed their Chapter 7 proceeding on October 1, 2010.

　　　3.　　The first 341 (a) Meeting of creditors was held on November 10, 2010, and the meeting was concluded.  A Trustee's Notice of Assets was noticed on all creditors.

　　　4.　　The main asset being administered is the Debtor's wage claim owed by Bill Lowe & Sons Tire & Automotive Service Center Inc. ("Automotive Service") in the amount of $169,700.00.  Automotive Service, a related case, also filed a Chapter 7 bankruptcy and Sheri L. Carello was appointed Chapter 7 trustee.

Case 10-46303    Filed 02/17/13    Doc 27

5. I filed a Proof of Claim form in the Automotive Service bankruptcy estate in the amount of $158,750, with $11,725 entitled to priority treatment.

6. It is my understanding that Ms. Carello has recently filed her Trustee's Final Report with the Office of the U.S. Trustee. Given the standard review time by the U.S. Trustee's office and the clerk's notice period, I would anticipate Ms. Carello making a distribution from her bankruptcy estate by May 31, 2013.

7. All other assets of the Debtors bankruptcy estate have been administered.

8. If I receive payment on my wage claim in the Automotive Service bankruptcy estate near the end of May 2013, I anticipate filing my own Trustee's Final Report by possibly the end of June, but in no even later than July 31, 2013.

Respectfully submitted,

DATED:  2/16/13                    /s/ Hank M. Spacone, Trustee
                                   Hank M. Spacone, Trustee